Aidan W. Butler (SBN 208399)
Attorney at Law
3550 Wilshire Boulevard, Suite 1924
Los Angeles, California 90010
Telepehone:  (213) 388-5168
Telecopier: (213) 388-5178
tocontactaidan@gmail.com

Attorneys for Plaintiff EDWARD PAO

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD PAO, an individual, | CASE NO.: SACV13-00037-JVS (ANx) |
| Plaintiff, | NOTICE OF SETTLEMENT AND REQUEST FOR DISMISSAL OF ENTIRE CASE |
| vs. | [PROPOSED] ORDER FILED CONCURRENTLY |
| LEGAL RECOVERY LAW OFFICES, INC., etc., | |
| Defendants. | |

**TO THE HONORABLE COURT HEREIN:**

**PLEASE TAKE NOTICE** that the parties have entered into a settlement agreement which resolves all of the issues in the above-captioned matter. Performance under that agreement is to be completed within approximately sixty days.

The parties stipulate and request that the Court should now dismiss this matter, while retaining jurisdiction over the parties to enforce the settlement agreement, if

1 needed.

2      IT IS SO STIPULATED.

3

4                                   Respectfully submitted,

5

6 Dated: October 18, 2013      By:    */S/ Aidan W. Butler*
7                                     Aidan W. Butler
                                    Attorneys for Plaintiff
8                                     EDWARD PAO

9

10                                     LAW OFFICE OF HUNTER
                                    HOESTENBACH
11

12 Dated: October 18, 2013      By:    */S/ Hunter Hoestenbach*
13                                     Hunter Hoestenbach
                                    Attorneys for Defendant
14                                     LEGAL RECOVERY LAW OFFICES, INC.

15

16

17

18

19

20

21

22

23

24

25

26

27

28