JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD PAO, an individual, | **CASE NO.: SACV13-00037-JVS (ANx)** |
| Plaintiff, | |
| vs. | **ORDER** |
| LEGAL RECOVERY LAW OFFICES, INC., etc., | |
| Defendants. | |

**TO ALL PARTIES AND THEIR COUNSEL:**

Based upon the stipulation of the parties, IT IS ORDERED that the above-captioned matter is dismissed.   The Court shall retain jurisdiction over to parties to enforce the written settlement agreement.

IT IS SO ORDERED.

Dated:  October 23, 2013

_____
JUDGE OF THE DISTRICT COURT